United States District Court
Southern District of Texas
**ENTERED**
July 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BERNARDO MANUEL GONZALEZ SANCHEZ, | § § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:26-2003 |
| WARDEN, MONTGOMERY PROCESSING CENTER, *et al.* | § § § § § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

Petitioner Bernardo Manuel Gonzalez Sanchez filed this habeas petition when detained in the custody of officials with Immigration and Customs Enforcement (ICE). On May 12, 2026, the court ordered the respondents to answer (Dkt. 6). On May 23, 2026, the respondents filed a motion to dismiss (Dkt. 7) stating that the petitioner voluntarily departed the United States on May 3, 2026, before this Court entered an order to answer.

Because the petitioner is no longer in the respondents' custody, the relief sought by the petitioner is moot. *See Ctr. for Biological Diversity, Inc. v. BP Am. Prod. Co.*, 704 F.3d 413, 425 (5th Cir. 2013); *Rocky v. King*, 900 F.2d 864, 866 (5th Cir. 1990). Therefore, the Court **ORDERS** that this habeas action is **DISMISSED as moot.**

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on _____ July 28 _____, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

1 / 1